IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION

WILLIAM L. GILKEY                                                                                          PETITIONER
Reg # 16548-021

VS.                                          2:15CV00098 JM/JTR

C. V. RIVERA, Warden,
Warden, FCI Forrest City                                                                                RESPONDENT

## ORDER

The Court has reviewed the Recommended Disposition submitted by United States Magistrate Judge J. Thomas Ray. No objections have been filed. After careful consideration, the Court concludes that the Recommended Disposition should be, and hereby is, approved and adopted in its entirety as this Court's findings in all respects. Judgment will be entered accordingly.

IT IS THEREFORE ORDERED THAT Petitioner William L. Gilkey's 28 U.S.C. § 2241 Petition for a Writ of Habeas Corpus, *Doc. 2*, is DENIED with prejudice.

DATED this 4th day of October, 2016.

_____
UNITED STATES DISTRICT JUDGE