IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION

WILLIAM L. GILKEY                                                                                    PETITIONER
Reg # 16548-021

VS.                                           2:15CV00098 JM/JTR

C. V. RIVERA, Warden,
Warden, FCI Forrest City                                                                         RESPONDENT

## JUDGMENT

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that this 28 U.S.C. § 2241 action is DISMISSED, WITH PREJUDICE.

DATED this 4th day of October, 2016.

_____
UNITED STATES DISTRICT JUDGE